Commonwealth *v.* Consentino, Appellant.

Argued November 10, 1969. *Henry J. Albaugh,* for appellant; *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Couch, Appellant.

Submitted November 10, 1969. *Thomas S. Mansell,* and *Mansell and McKee,* for appellant; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* D'Angelo, Appellant.

Submitted November 10, 1969. *Dante R. D'Angelo,* appellant, in propria persona; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.